IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY S. CLEGG, SR., #276 457, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-44-WHA |
| | ) | |
| DR. BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Magistrate Judge ordered that the Motion to Dismiss (Doc. # 3) filed by Plaintiff in this case be treated as a Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), allowing a plaintiff to file "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" in order to voluntarily dismiss an action without a court order. The court adopts the Recommendation of the Magistrate Judge (Doc. # 4), and it is

ORDERED this case is DISMISSED without prejudice, pursuant to notice under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i).

Done, this 7th day of March, 2016.

       /s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE